Jack W. INGRAM, Appellant,

v.

Betty Jean INGRAM, Respondent.

No. 73449.

Missouri Court of Appeals,
Eastern District,
Division Five.

Dec. 22, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 4, 1999.

Application to Transfer Denied
April 27, 1999.

Before ROBERT G. DOWD, Jr., C.J., KENT E. KAROHL, J., and ROBERT E. CRIST, Senior Judge.

**ORDER**

PER CURIAM.

Jack W. Ingram (Husband) appeals from the judgment of the trial court dissolving his marriage to Betty Jean Ingram (Wife). He challenges the portion of the decree that divided the property. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).